UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPACEAGE CONSULTING CORP., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LOGIC CORP., : <br> : <br> Defendant. : | **Civil Action No. 15-3413 (SRC)** <br><br> **ORDER** |

**CHESLER**, District Judge

This matter having come before the Court upon Plaintiff's motion to enforce settlement and join an additional defendant [ECF 43]; and the motion having been opposed by Defendant; and the Court having referred the motion to Magistrate Judge Cathy Waldor for a report and recommendation, pursuant to Fed. R. Civ. P. 72(b), L. Civ. R. 72.1(a)(2), and 28 U.S.C. § 636(b)(1)(C); and Judge Waldor having issued a Report and Recommendation ("R&R") on May 15, 2018 [ECF 48]; and no objections to the R&R having been filed; and the Court having reviewed the R&R; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 31st day of May, 2018,

**ORDERED** that Magistrate Judge Waldor's R&R [ECF 48] is adopted as the Opinion of the Court; and it is further

1

**ORDERED t**hat Plaintiff's motion to enforce the settlement agreement and to join an additional defendant [ECF 43] be and hereby is **GRANTED IN PART and DENIED IN PART**; and it is further

**ORDERED** that the settlement agreement which was entered into by Plaintiff and Defendant to resolve the above-captioned action and which was signed by a representative of Plaintiff on February 10, 2016 and a representative of Defendant on February 24, 2016 be and hereby is enforceable as an Order of this Court; and it is further

**ORDERED** that insofar as Plaintiff's motion seeks to join an additional defendant, the motion is denied.

  s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge